IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVE CAMPBELL,** *et al.*  **PLAINTIFFS**

**v.**  Case No. 3:25-cv-00064 KGB

**BARRY O'DELL, in his individual capacity** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is the motion for leave to file under seal claim 24 of the amended complaint of plaintiffs Dave Campbell and Catrenia Dawn Campbell (Dkt. No. 5). For good cause shown, the Court grants plaintiffs' motion (*Id.*). Within 14 days of the date of this Order, plaintiffs may file their claim 24 under seal with the Clerk of the Court.

So ordered this 5th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Judge