UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 27 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

DAVE CAMPBELL, et ux,

        PLAINTIFFS,

v.                                          Case Number: 3:25-CV-00064

BARRY JOSEPH O'DELL, et al,

        DEFENDANTS.

**MOTION TO CORRECT SPELLING BASED ON A SCRIVENER'S ERROR**

COME NOW PLAINTIFFS, Dave and Catrenia Dawn Campbell, appearing pro se and requesting to correct the spelling of a name based on a scrivener's error, as follows:

1.  Defendant Randall Dunn is inadvertently entered as Randall Lee Dunn and the correct name is Randall Dale Dunn.

2.  The foregoing error was unintentional, as it arose from inadvertence, rather than legal reasoning or a judicial error.

3.  The foregoing error leads to an unintended result.

**BRIEF IN SUPPORT OF MOTION**

According to LSD Law, the Doctrine of Scrivener's Error allows for the correction of minor errors, such as typos, if there's clear and convincing evidence errors were unintentional..

WHEREFORE, Plaintiffs pray this request is granted in the interest of justice.

Respectfully Submitted,

Dave Campbell, pro se
440 Main ST
Mammoth Spring, AR  72554-8800
Blues24Seven@ymail.com
(870) 907-0572

Catrenia Dawn Campbell, pro se
440 Main ST
Mammoth Spring, AR  72554-8800
Blues24Seven@ymail.com
(870) 907-0572

2