IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| DAVE CAMPBELL AND  CATRENIA DAWN CAMPBELL | PLAINTIFFS |
| v.   Case No. 3:25-cv-00064-KGB  Case No. 3:25-cv-00134-KGB | |
| MAMMOTH SPRING POLICE DEPT., et al, | DEFENDANTS |

## MOTION TO SUBSTITUTE COUNSEL

Comes now Mary Nix-Caffee, and for her Motion to Substitute Counsel, states the following:

1. Kaitlyn A. Meister presently represents Separate Defendants, Mammoth Spring Police Department Chief, James Edward Turnbough, and Mammoth Spring Councilmember, Barry Joseph O'Dell, in their individual and official capacities, the City of Mammoth Spring, Arkansas, and Mammoth Spring Police Department[1] (collectively, the "City Defendants"). Ms. Meister is no longer employed by the Arkansas Municipal League.

2. Mary Nix-Caffee of the Arkansas Municipal League respectfully requests to be substituted as counsel of record for City Defendants, and further requests that the Court terminate Ms. Meister as counsel of record.

3. This request is not intended to cause delay and will not prejudice any party to this litigation.

---

[1] Mammoth Spring Police Department is not a proper party because it is not a suable entity.

For the reasons stated above, undersigned counsel respectfully requests that the Court grant her motion.

    Respectfully submitted,

    **James Edward Turnbough** and **Barry Joseph O'Dell**, in their individual and official capacities, **the City of Mammoth Spring, Arkansas**, and **Mammoth Spring Police Department**

    **CITY DEFENDANTS**

By:  **Mary Nix-Caffee**
     AR Bar No. 2025294
     *Attorney for City Defendants*
     P.O. Box 38
     North Little Rock, AR 72115
     Phone: (501)–978–6128
     Email: Mcaffee@arml.org

## CERTIFICATE OF SERVICE

I, Mary Nix-Caffee, do hereby certify that on November 12, 2025, I caused a true and correct copy of the foregoing to be filed via the Court's CM/ECF system, which will send notice to all counsel of record, and to be served by U.S. Certified Mail on any non-ECF participants.

    **/s/ Mary Nix-Caffee**
    **Mary Nix-Caffee, AR Bar No. 2025294**