IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


DAVE CAMPBELL AND
CATRENIA DAWN CAMPBELL                                    PLAINTIFFS


v.                         Case No. 3:25-cv-00064-KGB
                           Case No. 3:25-cv-00134-KGB


MAMMOTH SPRING POLICE DEPT., *et al*,                     DEFENDANTS


### DEFENDANTS' JOINT MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(e) AND MOTION FOR CLARIFICATION

Defendants, James Edward Turnbough and Barry Joseph O'Dell, in their individual and official capacities, and the City of Mammoth Spring ("City Defendants"), through their attorney, Mary Nix-Caffee; Louise Alexander, Shayne Lee Peterson, Gary Lee Dunn, Randall Dale Dunn, and Brenda Dunn, through their attorney, Fred O'Neill; Lauren Seibert and Hallmark Media, LLC, through their attorney, John McGinnes; and Jody Shackelford and John McGinnes appearing *pro se* ("attorney-defendants"), respectfully respectfully move the Court for i) a more definite statement under Federal Rule of Civil Procedure 12(e) requiring Plaintiffs to plead non-conclusory facts showing how each defendant is personally involved in or directly responsible for the alleged harm, and ii) clarification of the Court's October 16, 2025 consolidation order. Defendants submit this joint motion specifically requesting clarification regarding the operative pleading, the remaining claims, and the remaining parties in these related actions.

1.      On April 1, 2025, Plaintiffs filed the complaint in *Campbell v. O'Dell, et al.*, Case No. 3:25-cv-00064. The matter was assigned to Judge Billy Roy Wilson. No summonses were issued. **Dkt. No. 1, Case No. 3:25-cv-00064.**

2.      On April 4, 2025, Judge Wilson addressed Plaintiffs' multitude of unrelated grievances and ordered Plaintiffs to file an amended complaint narrowing their claims, defendants, and requested relief. Judge Wilson's Order explicitly stated that, "Plaintiffs are warned that they cannot bring claims against multiple defendants in a single lawsuit unless the claims arise out of the same transaction or occurrence. Plaintiffs must pick related claims to proceed with in this lawsuit. If Plaintiffs wish to pursue other unrelated claims, they must do so in a separately filed lawsuit." **Dkt. No. 2 at p. 2, Case No. 3:25-cv-00064.**

3.      Judge Wilson gave Plaintiffs thirty (30) days to file their amended complaint, stating that the Court would review it before issuing summonses. The Order stated that "[o]nce the amended complaint is filed, the Court will review it before summonses are issued and returned to Plaintiffs, who will then be responsible for securing service of process." **Dkt. No. 2 at p. 3, Case No. 3:25-cv-00064.**

4.      On April 9, 2025, Judge Wilson recused himself, and the case was subsequently reassigned to Judge Baker. **Dkt. No. 3, Case No. 3:25-cv-00064.**

5.      On May 5, 2025, Plaintiffs submitted their First Amended Complaint. **Dkt. No. 4, Case No. 3:25-cv-00064.**

6.      On June 10, 2025, Plaintiffs filed a separate lawsuit in state court, which City Defendants subsequently removed to federal court and assigned case number 3:25-cv-00134. **Dkt. Nos. 1, 2, Case No. 3:25-cv-00134.**

7.    On October 16, 2025, this Court denied Plaintiffs' request for a temporary restraining order and determined that Case No. 3:25-cv-00064 was closely related to Case No. 3:25-cv-00134. The Court, *sua sponte*, directed the Clerk to consolidate both matters immediately. **Dkt. No. 48, Case No. 3:25-cv-00134.**

8.    On November 10, 2025, Plaintiffs requested additional time to serve all Defendants. However, contrary to Plaintiffs' statement in Paragraph 2 of Dkt. Doc. No. 15, Judge Wilson did not authorize the issuance of summonses for any Defendant nor authorize the service of summonses on multiple Defendants. **Dkt. No. 15, Case No. 3:25-cv-00064.**

9.    As of today, no summonses have been issued in case number 3:25-cv-00064, and no Defendant has been served.

10.    Thus, to clarify the record, Defendants seek a more definite statement under Federal Rule of Civil Procedure 12(e), and given Judge Wilson's Order in April 2025, Defendants also specifically request the Court's clarification on the operative pleading, the remaining claims, and the remaining parties in these related actions.

For the reasons outlined above, Defendants respectfully request that this Court grant their motion and provide any additional relief it deems appropriate and just.

Respectfully submitted,

**James Edward Turnbough** and **Barry Joseph O'Dell**, in their individual and official capacities, and **the City of Mammoth Spring**, Arkansas ("City Defendants"), **Separate Defendants**

By:    **Mary Nix-Caffee**
AR Bar No. 2025294
P.O. Box 38

North Little Rock, AR 72115
Phone: (501)–978–6128
Email:<u>MCaffee@arml.org</u>

**and**

Louise Alexander, Shayne Lee Peterson, Gary Lee Dunn, Randall Dale Dunn, and Brenda Dunn,
**Separate Defendants**

**By:**    <u>/s/ Fred O'Neill</u>
FRED O'NEILL, AR# 92183
THE LAW OFFICE OF FRED O'NEILL, LLC.
304 East Walnut Street
Thayer, Missouri 65791
Phone: (417) 264-7118
Fax: (417) 264-7141
Email: <u>law@perkinslawoffice.com</u>

**and**

Lauren Seibert and Hallmark Media, LLC,
**Separate Defendants**

**By:**    <u>/s/ Jody Shackelford</u>
<u>/s/ John T. McGinnes</u>
John T. McGinnes, Esq. Bar# 2024042
Jody Shackelford, Bar # 2019037

131 Church St.
Salem, Arkansas 72576
Phone: (870) 399-1440
Fax: (870) 466-7576
Email: <u>john@goironrock.come</u>

**and**

Jody Shackelford and John McGinnes appearing *pro se*("attorney-defendants"),
**Separate Defendants**

**By:**    <u>/s/ Jody Shackelford</u>
<u>/s/ John T. McGinnes</u>

John T. McGinnes, Esq. Bar# 2024042

Jody Shackelford, Bar # 2019037

131 Church St.

Salem, Arkansas 72576

Phone: (870) 399-1440

Fax: (870) 466-7576

Email: john@goironrock.com

## **CERTIFICATE OF SERVICE**

I, Mary Nix-Caffee, certify that on November 24, 2025, I filed the above document through CM/ECF, and I mailed a copy of the above and foregoing to the following non-CM/ECF participants, via Certified U.S. Mail:

**Dave Campbell**

**Catrenia Dawn Campbell**

440 Main Street.

Mammoth Spring, AR 72554