FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 05 2025

TAMMY H. DOWNS, CLERK
By:_____ DEP CLE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**DAVE CAMPBELL, et ux,**

**PLAINTIFFS,**

**v.**                                            **Case Number: 3:25-CV-00064-KGB**

**CITY OF MAMMOTH SPRING, et al,**

**DEFENDANTS.**

### MOTION TO EXTEND RULE 26(f) DEADLINE OR, IN THE ALTERNATIVE, STAY DISCOVERY OBLIGATIONS

Plaintiffs Dave Campbell and Catrenia Dawn Campbell in the above-captioned consolidated case, pro se, respectfully move this Honorable Court for an order extending the deadline for the Rule 26(f) report (currently due December 8th, 2025) or, alternatively, staying all discovery obligations until such time as all named defendants in the original complaint (Case No. 3:25-CV-00064) are properly served with process and have entered an appearance in this consolidated action.

### Explanation:

### Failure of Service:

Plaintiffs in Case No. 3:25-CV-00064 timely amended their complaint as ordered by the Honorable Judge Wilson, but the issuance and service of summonses have not yet been authorized by the Court following the initial judge's recusal and reassignment to Honorable Judge Baker's docket.

### Consolidation:

1

Honorable Judge Baker *sua sponte* consolidated the two related cases. However, the order for the Rule 26(f) meeting and report in the removed case was issued before this consolidation and before the defendants in the original case were brought into the action.

### Inability to Confer:

Federal Rule of Civil Procedure 26(f) mandates a meeting between the parties to *"discuss the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case,"* and to develop a proposed discovery plan.

### Prejudice:

Plaintiffs cannot fulfill the requirements of Rule 26(f) as to un-served defendants. Proceeding with a discovery plan merely for one set of parties in a consolidated case would be inefficient and highly prejudicial to Plaintiffs, who need a unified discovery plan addressing all claims and parties once the jurisdictional basis is firm and all parties are present.

### Judicial Economy:

A stay or extension would promote judicial economy by allowing a single, comprehensive discovery period to be set after all parties have appeared and are able to participate fully in the process.

**WHEREFORE**, Plaintiffs respectfully request this Honorable Court grant an extension of the Rule 26(f) deadline or stay discovery until all defendants in the consolidated cases are served and have appeared.

Signed this **2**<sup>nd</sup> day of **December**, 2025.

Respectfully Submitted,

Dave Campbell, pro se

Catrenia Dawn Campbell, pro se

Plaintiffs' Info: (870) 907-0572
440 Main ST
Mammoth Spring, AR  72554-8800
Blues24Seven@ymail.com

## CERTIFICATE OF SERVICE

We, Dave and Dawn Campbell, certify to have served a copy of the foregoing document to Defendants, as follows on the **2**[nd] day of **December, 2025**:

1.   For Defendants; Brenda Dunn, Randall Dunn, Gary Dunn, Louise Dunn Alexander and Shayne Peterson, Defendants' counsel of record; Fred O'Neill was served via email to **Law@perkinslawoffice.com and Fred@PerkinsLaw.com**;

     For Defendants; City of Mammoth Spring, Barry O'Dell and James Turnbough, Defendants' counsel of record; Mary Nix-Caffee, Esquire Graham Whitsett, Paralegal **MCaffee@arml.org** and **GWhitsett@arml.org**

2.   For Defendants Hallmark Media, LLC, Lauren Siebert, John McGinnis and Jody Shackelford, Defendant Jody Shackelford was served via email to: **Jody@GoIronRock.com;**

3.   Defendant Bragg Broadcasting, Inc. was served at **HomeTownRadio@Centurytel.net.**

Respectfully Submitted,

Dave Campbell, pro se

Catrenia Dawn Campbell, pro se

3