

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

DAVE CAMPBELL, et ux,

PLAINTIFFS,

v.                                              Case Number: 3:25-CV-00064-KGB

CITY OF MAMMOTH SPRING, et al.

### AMENDED CERTIFICATE OF SERVICE

We, Dave and Dawn Campbell, certify to have served a copy of **PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** to Defendants, as follows on the **15th** day of **January, 2026**:

1. For Defendants; Brenda Dunn, Randall Dunn, Gary Dunn, Louise Dunn Alexander and Shayne Peterson, Defendants' counsel of record; Fred O'Neill was served via email to **law@perkinslawoffice.com and Fred@perkinslawoffice.com**;

2. For Defendants; City of Mammoth Spring, Barry O'Dell and James Turnbough, Defendants' counsel of record; Mary Nix-Caffee was served via email to: **mcaffee@arml.org** and **gwhitsett@arml.org.**

3. For Defendants Hallmark Media, LLC, Lauren Siebert, John McGinnis and Jody Shackelford, Defendant Jody Shackelford was served via email to: **John@GoIronRock.com** and **Jody@GoIronRock.com**;

4. Defendant Bragg Broadcasting, Inc. was served via USPS to: Registered Agent James Bragg at 6 Setting Sun TR (PO Box 909), Cherokee Village.

Respectfully Submitted,

_____
Dave Campbell, pro se

*[signature]*
Catrenia Dawn Campbell, pro se

Plaintiffs' Info: (870) 907-0572
440 Main ST
Mammoth Spring, AR 72554-8800
Blues24Seven@ymail.com

## CERTIFICATE OF SERVICE

We, Dave and Dawn Campbell, certify to have served a copy of the foregoing document to Defendants, as follows on the **15th** day of **January, 2026**:

1. For Defendants; Brenda Dunn, Randall Dunn, Gary Dunn, Louise Dunn Alexander and Shayne Peterson, Defendants' counsel of record; Fred O'Neill was served via email to **law@perkinslawoffice.com** and **Fred@perkinslawoffice.com**;

2. For Defendants; City of Mammoth Spring, Barry O'Dell and James Turnbough, Defendants' counsel of record; Mary Nix-Caffee was served via email to: **mcaffee@arml.org** and **gwhitsett@arml.org.**

3. For Defendants Hallmark Media, LLC, Lauren Siebert, John McGinnis and Jody Shackelford, Defendant Jody Shackelford was served via email to: **John@GoIronRock.com** and **Jody@GoIronRock.com**;

4. Defendant Bragg Broadcasting, Inc. was served via USPS to: Registered Agent James Bragg at 6 Setting Sun TR (PO Box 909), Cherokee Village.

Respectfully Submitted,

_____
Dave Campbell, pro se

*[signature]*
Catrenia Dawn Campbell

## Legal Service of Consolidated Amended Complaint :: Case No. 3:25-cv-00064-KGB

From: Dave Campbell (blues24seven@ymail.com)

To: law@perkinslawoffice.com; fred@perkinslawoffice.com; mcaffee@arml.org; gwhitsett@arml.org; john@goironrock.com; jody@goironrock.com; hometownradio@centurytel.net

Date: Thursday, January 15, 2026 at 06:03 PM CST

Subject: Legal Service of Consolidated Amended Complaint :: Case No. 3:25-cv-00064-KGB

Good Evening,

Please find attached, the consolidated complaint in Case No. 3:25-cv-00064-KGB. Please let us know if there are issues with the attachment.

Respectfully,
Dave / Dawn Campbell
(870) 907-0572


FederalCase325CV00064ConsolidatedComplaint.docx
193.1 KB