IN THE UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

DAVE CAMBELL and
CATRENIA DAWN CAMPBELL                                         PLAINTIFFS

VS.                       Case No.        3:25-CV-00064-KGB

MAMMOTH SPRING POLICE DEPT. et al                              DEFENDANTS

## ANSWER OF DEFENDANTS LOUISE ALEXANDER, BRENDA DUNN, GARY DUNN, RANDY DUNN, SHAYNE PETERSON AND FREDERICK ALEXANDER O'NEILL

**COMES NOW**, Defendants, Louise Alexander, Brenda Dunn, Gary Dunn Randy Dunn, Shayne Peterson and Frederick Alexander O'Neill by and through counsel and for their joint answer state:

1. The afore captioned cause is initiated with a Complaint that contains 517 numbered paragraphs, many with multiple subparagraphs against 27 defendants encompassing 42 counts.

2. That the complaint alleges multiple causes of action against the defendants with most counts and causes of action against each of the defendants being unrelated.

3. Plaintiffs incorrectly join multiple unrelated claims in a single action.

4. It appears that the intent of the Plaintiff's Complaint is to litigate the lot of defendants and different causes of action as a single group for the cost of one filing fee.

5. The defendants admit paragraphs 1through 3, paragraphs 17 to 19, paragraphs 21, 24, 26, 29 and paragraphs 33 through 35.

6. The defendants are without sufficient information to admit or deny paragraphs 4 through 16, 20, 22, 23 25, 27, 32, 55 through 110, 112, 113 paragraphs 122 through 141 and paragraphs 147 through 162.

7. The defendants deny paragraphs 36 through 54, paragraphs 114 through 121, paragraphs 142 through 146 and paragraphs 163- 517.

**WHEREFORE**, Defendants, pray that Plaintiffs' Complaint be dismissed as improperly joined, failing to state a cause of action upon which relief may be granted and for a finding that the action is frivolous, awarding attorney's fees to Defendants, and for such other and further Orders as the Court deems just and proper in the premises.

THE LAW OFFICE OF FRED O'NEILL, L.L.C.
304 East Walnut Street
Thayer, Missouri 65791
Phone: (417) 264-7118
Fax:    (417) 264-7141
Email: law@perkinslawoffice.com

_____
FRED O'NEILL, AR# 92183
Attorney for Defendants, Louise Alexander,
Brenda Dunn, Gary Dunn Randy Dunn, Shayne
Peterson and Frederick Alexander O'Neill

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing document was delivered via regular mail to Plaintiffs, Catrenia Campbell and Dave Campbell, at 440 Main Street, Mammoth Spring, AR 72554, postage prepaid this 13th day of February, 2026, and via email to Blues24Seven@ymail.com.

_____
FRED O'NEILL