

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 19 2026

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

## IN THE UNITED STATES DISTRICT COUNTY FOR THE EASTERN DISTRICT OF ARKANSAS OF COUNTY,

DAVE CAMPBELL AND CATRENIA DAWN CAMPBELL                    PLAINTIFF
CASE NUMBER:3:25-cv-00064KGB

VS.                                                         NO. 3:25-cv-00064KGB

CITY OF MAMMOTH SPRING, ET AL.                             DEFENDANT

## SERVICE RETURN

STATE OF
COUNTY OF

On Tue, Mar 10 2026 at 12:15 o'clock pm I have duly attempted service of the within *Summons and Plaintiffs' Consolidated Amended Complaint* by delivering a copy of these same documents to the person and place stated below:

**Place:**131 Church St, Salem, AR 72576
**Person:**Iron Rock Law Firm, PLLC c/o John McGinnes and for Jody Shackelford

| | |
|---|---|
| ☐ | On _____ I personally delivered the above named documents to _____ at _____ [place]; or |
| ☐ | After making my purpose to deliver the above named documents clear, on I left the above named documents in the close proximity of the named person by, [describe how the above named documents were left] after he/she refused to receive it when I offered it to him/her; or |
| ☐ | On _____ I left the above named documents with _____ [name], a member of the named person's family ( _____ ) [relationship] at least 18 years of age, at _____ [address], a place where the named person resides; or |
| ☒ | On Tue, Mar 10 2026, at 12:15 o'clock pm I delivered the above named documents to John McGinnes [name of individual], an agent authorized by appointment or by law to receive service of above named documents on behalf of Iron Rock Law Firm, PLLC c/o John McGinnes and for Jody Shackelford [named person]; or |
| ☐ | On _____ at _____ [address], where the named person maintains an office or other fixed location for the conduct of business, during normal working hours I left the above named documents with _____ [name and job description]; |
| ☐ | On _____ I served (name) _____ identified as the administrator of the (name), a jail, penitentiary, or other correctional facility in Arkansas where the Named Person was held at the time of service. *See* ARCP 4(f)(4). |
| ☐ | Other [specify]: |
| ☐ | I was unable to execute service because: _____ |

**TO BE COMPLETED IF SERVICE IS BY A SHERIFF OR DEPUTY SHERIFF:**

SHERIFF OF _____ COUNTY, ARKANSAS

Date: _____

By:_____          _____
    Signature of server                                    Printed name, title, and badge number

**TO BE COMPLETED IF SERVICE IS BY A PERSON OTHER THAN A SHERIFF OR DEPUTY SHERIFF:**

Date:    03/11/2026                                          By:

 

        _____          _____
                                             Signature of server

Phone:   1-870-897-6529_____          Jeremy Rowland_____
                                               Printed name

Address:  Pronto Process Servers, LLC 3800 South Caraway Road Ste 22 Jonesboro, AR 72404

Subscribed and sworn to before me this date: 03/11/2026

Seal:

```
OFFICIAL SEAL
TAMMIE J. HESTER
CRAIGHEAD COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires 8/8/2026
Commission No. 12349736
```

Additional information regarding service or attempted service:

| | | |
|---|---|---|
| 3/09/26, 2:21 pm CDT | Unsuccessful Attempt | 131 Church St, Salem, AR 72576, Fulton |
| 3/10/26, 12:15 pm CDT | Registered Agent | 131 Church St, Salem, AR 72576, Fulton |