FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 19 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COUNTY FOR THE EASTERN DISTRICT OF ARKANSAS OF COUNTY,

DAVE CAMPBELL AND CATRENIA DAWN CAMPBELL                    PLAINTIFF
CASE NUMBER:3:25-cv-00064KGB

VS.                                                         NO. 3:25-cv-00064KGB

CITY OF MAMMOTH SPRING, ET AL.                             DEFENDANT

### SERVICE RETURN

STATE OF
COUNTY OF

On Wed, Mar 18 2026 at 8:44 o'clock am I have duly attempted service of the within *Summons and Plaintiffs' Consolidated Amended Complaint* by delivering a copy of these same documents to the person and place stated below:

**Place:**455 NORTH MAIN STREET , SALEM , ARKANSAS 72576
**Person:**Donald Taylor McSpadden

[X] On Wed, Mar 18 2026 at 8:44 o'clock am I personally delivered the above named documents to Donald Taylor McSpadden at 455 NORTH MAIN STREET , SALEM , ARKANSAS 72576 [place]; or

[ ] After making my purpose to deliver the above named documents clear, on
I left the above named documents in the close proximity of the named person by,
[describe how the above named documents were left] after he/she refused to receive it when I offered it to him/her; or

[ ] On _____ I left the above named documents with _____ [name], a member of the named person's family ( _____ ) [relationship] at least 18 years of age, at _____ [address], a place where the named person resides; or

[ ] On _____ I delivered the above named documents to _____ [name of individual], an agent authorized by appointment or by law to receive service of above named documents on behalf of _____ [named person]; or

[ ] On _____ at _____ [address], where the named person maintains an office or other fixed location for the conduct of business, during normal working hours I left the above named documents with _____ [name and job description];

[ ] On _____ I served (name) _____ identified as the administrator of the (name), a jail, penitentiary, or other correctional facility in Arkansas where the Named Person was held at the time of service. *See* ARCP 4(f)(4).

[ ] Other [specify]:

[ ] I was unable to execute service because: _____

---

**TO BE COMPLETED IF SERVICE IS BY A SHERIFF OR DEPUTY SHERIFF:**

SHERIFF OF _____ COUNTY, ARKANSAS

Date: _____

By: _____        _____
     Signature of server                                              Printed name, title, and badge number

---

**TO BE COMPLETED IF SERVICE IS BY A PERSON OTHER THAN A SHERIFF OR DEPUTY SHERIFF:**

Date:    03/18/2026                                       By:

                    _____        _____
                                                       Signature of server

Phone:    1-870-897-6529                                         Jeremy Rowland
                                                            Printed name

Address:    Pronto Process Servers, LLC 3800 South Caraway Road Ste 22 Jonesboro, AR 72404

Subscribed and sworn to before me this date: 03/18/2026

Seal:

```
OFFICIAL SEAL
TAMMIE J. HESTER
CRAIGHEAD COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires 8/8/2026
Commission No. 12349736
```

Additional information regarding service or attempted service: _____

3/18/26, 8:44 am CDT  Personal/Individual  455 NORTH MAIN STREET , SALEM , ARKANSAS 72576, FULTON