# Salem Family Clinic, PA

## Paul David Kauffman, MD
## Mirenda Lynn Martin, APRN

507 N Main
PO Box 189
Salem, AR 72576
PH 870-895-2541    FAX 870-895-2957

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2026 MAR 27 A 10 03

TAMMY H DOWNS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 7 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

March 24, 2026

To Whom It May Concern,

In response to the accusations by Dave Campbell and Catrenia Dawn Campbell (Case Number: 3:25-CV-00064-KGB), based on my medical experience and integrity of my position, I have issued no false report.

Sincerely,

Paul David Kauffman, MD

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Arkansas

Dave Campbell and Catrenia Dawn Campbell,

)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*

v.

Barry O'Dell, et al

*Defendant(s)*

Civil Action No.  3:25-CV-00064

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Paul David Kauffman
102 Riva Ridge LN
Salem, AR  72576

A lawsuit has been filed against you.  *Received the 9th*

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dave / Dawn Campbell
440 Main ST
Mammoth Spring, AR  72554-8800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**TAMMY H. DOWNS**

*CLERK OF COURT*

Date:  _2/27/2026_

_____
*Signature of Clerk or Deputy Clerk*