FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 7 2026

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

DAVE CAMPBELL, et ux,

PLAINTIFFS,

v.                                                    Case Number: 3:25-CV-00064-KGB

CITY OF MAMMOTH SPRING, et al,

DEFENDANTS.

---

### PLAINTIFFS' REPONSE TO CITY DEFENDANT ANSWER
### AND MOTION TO STRIKE

Plaintiffs Dave Campbell and Dawn Campbell ("*Plaintiffs*"), appearing *pro se*,

respectfully move this Court pursuant to **Fed. R. Civ. P. 12(f)** to strike the *"General Denial"* and

specific "*Affirmative Defenses*" filed by the City Defendants **(Doc. 45)** for the following reasons:

### I.    THE GENERAL DENIAL VIOLATES THE DUTY OF CANDOR

1. Defendants utilize a **General Denial** under **Rule 8(b)(3)** to *deny "each and every allegation"* in

   the 517-paragraph Complaint.

2. Under **Rule 11**, a signature on a pleading certifies the denials of factual contentions are

   warranted on the evidence.

3. Defendants have denied matters of **undisputed public record**, including:

   1. The **Arkansas Supreme Court's** vacatur of the unconstitutional injunction (Oct 28, 2025).

   2. The **Arkansas Secretary of State's** formal reprimand of Defendant Gann for notarial

      misconduct.

1

A general denial of proven, state-certified facts is *"sham pleading"* and should be stricken to prevent the needless waste of this Court's time.

## II.    INSUFFICIENT AFFIRMATIVE DEFENSES

5.    **Defense No. 7 (Probable Cause):** Defendants assert *"sufficient probable cause"* existed. This defense is legally *"impertinent"* where Defendants have admitted (via the Notary Reprimand and the "Badge #5 vs. Badge #7" discrepancy) the underlying arrest affidavit was a **forgery**. You cannot have probable cause based on a manufactured fraud.

6. **Defense No. 10 (Color of Law):** Defendants claim their conduct (arrests and city council proceedings) did not occur *"under color of state law."* This is a legally frivolous defense for municipal actors performing municipal functions.

7. Good Faith Conference:  Plaintiffs attempted to confer via email with City Defendants' counsel on March 30, 2026 concerning this motion and did not receive a response.

### CONCLUSION

While Plaintiffs have chosen not to seek a Default Entry at this time—preferring to seek justice on the merits—Plaintiffs request the Court require Defendants to file an Answer comporting with the **Federal Rules** and the **Duty of Candor**.

WHEREFORE, Plaintiffs pray this motion is granted and for all available remedies.

Signed this 2nd day of **April**, 2026.

Respectfully Submitted,

Dave Campbell, pro se
440 Main ST
Mammoth Spring, AR  72554-8800
Blues24Seven@ymail.com
(870) 907-0572

Catrenia Dawn Campbell, pro se
440 Main ST
Mammoth Spring, AR  72554-8800
Blues24Seven@ymail.com
(870) 907-0572

## CERTIFICATE OF SERVICE

We, Dave and Dawn Campbell, certify to have served a copy of the foregoing document to Defendants, as follows on the 2nd 6th day of **April, 2025**:

1. For Defendants; Brenda Dunn, Randall Dunn, Gary Dunn, Louise Dunn Alexander, Shayne Peterson, and Fred O'Neill, Defendants' counsel of record was served via USPS Ground Advantage Mail with Delivery Confirmation to:

- **Counsel Fred O'Neill, 304 E Walnut, Thayer, MO  65791:**

2. For Defendants; City of Mammoth Spring, Barry O'Dell, Danny Busch, Hunter Crawford, John Barnett, Barbara Gann and James Turnbough, Defendants' counsel of record was served via USPS Ground Advantage Mail with Delivery Confirmation to:

- **Counsel Mary Nix-Caffee, PO Box 38, N. Little Rock, AR 72115-0038;**

3. For Defendants; Iron Rock Law Firm, PLLC, Hallmark Media, LLC, Lauren Siebert, John McGinnis and Jody Shackelford, Defendant's counsel of record was served via USPS Ground Advantage Mail with Delivery Confirmation to:

- **Counsel Jody Shackelford, 131 Church ST, Salem, AR  72576;**

4. Defendant Bragg Broadcasting, Inc. was served via USPS Ground Advantage Mail with Delivery Confirmation to:

3

- **Bragg Broadcasting, Inc., PO Box 909, Cherokee Village, AR 72525**

  5. Defendants; Chaney Taylor, Drew Smith, Donald McSpadden, Timothy Weaver, Defendants counsel of record was served via USPS Ground Advantage Mail with Delivery Confirmation to:

- **Counsel Logan Elko, 101 W Capitol AV, Little Rock, 72201**

  6. Defendant Paul Kauffman, M.D. was served via USPS Ground Advantage Mail with Delivery Confirmation to:

- **Paul David Kauffman, M.D., PO Box 829, Salem, AR  72576**

Respectfully Submitted,

Dave Campbell, pro se

Catrenia Dawn Campbell, pro se

4